IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PAUL PUCKETT, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | CIVIL ACTION NO. |
| INTEX RECREATION : | 1:14-cv-3605-SCJ |
| CORPORATION, : | |
| : | |
| Defendant. : | |
| : | |
| : | |

## ORDER

This matter is before the Court following its show-cause order issued on March 26, 2018 (Doc. No. [52]), to which Defendant has not responded. The Court ordered Defendant to show why it had not withdrawn its motion seeking attorneys fees in accordance with its Notice of Settlement (Doc. No. [51]) filed on January 1, 2018.

In the Notice of Settlement, Defendant stated

> The parties anticipate that they will finalize the settlement and file a stipulated dismissal with prejudice in the related action in state court within 60 days. The parties will notify the Court of their filing of the dismissal with prejudice in the related state court action, and after the dismissal is filed, [Defendant] will file a motion to withdraw its Motion to Enforce.

AO 72A
(Rev.8/82)

Id. at 1. More than ninety days have passed with no word from either party, and Defendant failed to respond to this Court's show-cause order. As such, the Court **DIRECTS** the Clerk to terminate Defendant's motion (Doc. No. [46]) without prejudice to Defendant's right to re-file such motion at a later date.

**IT IS SO ORDERED**, this  10th  day of April, 2018.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE